Forth Courts Of Appeals

04-15-00440- -CV
August 6,2015


Joe N Janie Gomez          VS          Mr Thomas Dasheill


Emergency Motion to Reconder Stay Of Writ Of Possession

We ask For the Forth Courts of Appeals to reconsider Stay Writ Of Possession As our
rent has been paid to date MR Thomas Dashiell has refused to except rent payments
And has refused to refund any monies for deposit and make any repairs to Apartment
        Mr Dashsiell also failed to sever proper notice for eviction notice And Had
full knowledge of rent being current  And state Judge Pressler was aware rent was
current
At time court was held May 21,2015 As pre  Texas state Law If rent is current Landlord
must refile and server proper notice of eviction
        Mr Dasheill has made consensus for late payments for other tenants and
has excepted late payment on several occasions from us  But Mr Dasheill and Mr Eddie
Voight have made it clear they do not want anyone of Mexican Origin  Quote you all
need to go back to Mexico You people are taking American jobs and are dirty
        As pre Judge Pressler Qoute Janie  Mr Dasheill is being prejudice again
you nd your husband And I advice you to file an Appeal.
        We pray that The Fouth Courts of Appeal will please reconsider.
        Emergency Motion Of Writ Of Possession


                    Sincerly
                    Joe n Janie Gomez

# FAX COVER SHEET

| TO | Fourth Courts of Appeals |
|---|---|
| COMPANY | |
| FAX NUMBER | 12103352762 |
| FROM | |
| DATE | 2015-08-06 07:11:16 GMT |
| RE | UNKNOWN |

## COVER MESSAGE

**att: Ross**